United States Pretrial Services

United States District Court
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2014
CENTRAL DISTRICT OF CALIFORNIA
BY AF DEPUTY

George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

## PASSPORT RECEIPT

Defendant's name: **CHERIE BROWN**

Name on passport, if different: **CHERYL MARIE BROWN**

Passport number: —

Country of origin: **U.S.A.**

Date passport issued: **07 SEPT 2007**

Expiration date of passport: **06 SEPT 2017**

Ordered by court in the Central District of California or (district) _____

Docket Number: **CR14-282**

Surrendered by and date (print and sign): [signature] 6/23/14

Received by and date (print and sign): [signature] F. BASUETO PSA 6/23/14

Returned to and date (print and sign):

Returned by and date (print and sign):

Purpose returned:

Address (if mailed):

CAC PSA 41 12/06

[ ] HQ & Supervision Unit

U.S. Courthouse
312 North Spring Street, Room 754
Los Angeles, CA 90012-4708
213-894-4726 / FAX 213-894-0231

[ ] Investigation Unit

Edward R. Roybal Federal Building
255 East Temple Street, Room 1178
Los Angeles, CA 90012-3326
213-894-5568 / FAX 213-894-8892

[ ] Santa Ana Branch

Ronald Reagan Federal Building
411 West Fourth Street, Room 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570

[ ] Riverside Branch

George E. Brown, Jr. Courthouse
3470 Twelfth Street, Room 161
Riverside, CA 92501
951-328-4490 / FAX 951-328-4489