Insolvency Services Group, Bulletin No. 1
Dated December 5, 2012

List of Gigapix Creditors
David Pritchard Owed $677,000 in Salary
for 2010, 2011 and 2012

# EXHIBIT 422



**ISG**
INSOLVENCY
SERVICES GROUP

December 5, 2012

In the matters of:                               )         1147
                                                 )
**Gigapix Studios, Inc.**                        )
(a California corporation)                       )
                                                 )
**Recess Film Productions, LLC**                 )         BULLETIN NO. 1
(an Iowa limited liability company)              )
                                                 )
**Recess Film Financing, LLC**                   )
(an Iowa limited liability company)              )
                                                 )
2118 Wilshire Blvd., # 931                       )
Santa Monica, CA 90403                           )
           Debtor.                               )
_____          )

TO THE CREDITORS:

  NOTICE IS HEREBY GIVEN THAT GIGAPIX STUDIOS, INC., a California corporation, and its wholly owned subsidiaries RECESS FILM PRODUCTIONS, LLC, an Iowa limited liability company and RECESS FILM FINANCING, LLC, an Iowa limited liability company (collectively the "Assignors") each executed a General Assignment for the benefit of their respective creditors in favor of Insolvency Services Group, Inc., a California corporation, (the "Assignee"). Each General Assignment ("the Assignments"), was accepted by the Assignee on November 6, 2012. Each General Assignment will be administered separately in accordance with California statutes. You have received this notice because the Assignors' books and records indicate that you are a creditor of one of more of the Assignor entities.

  A General Assignment is a common law means of concluding the affairs of an insolvent debtor and is an alternative to the filing of a Chapter 7 bankruptcy case. General Assignments have been used extensively in California and have been recognized as part of the law of this state for in excess of 85 years.

  The Assignors report that as a result of an unresolved production tax incentive dispute with the State of Iowa, the Assignors were left with inadequate cash to fund the completion of the feature film which was in mid-production.

  As of the time of its General Assignment, the liabilities of Gigapix Studios, Inc. consisted of a judgment lien in favor of International Alliance of Theatrical Stage Employees in the amount of $353,000, certain disputed tax liabilities and not less than $8,407,377 in general unsecured claims. The Assignors report they are named in three legal actions

related to the unpaid wages of its Iowa based production crew. At the time of the Assignment the assets of Gigapix Studios consisted of $35,640 in cash, a future payment due under a production contract in the amount of approximately $160,000, potential claims against Recess Film Productions, LLC for intercompany loans and other potential rights to various assets which will require further investigation.

At the time of its General Assignment, the wholly owned subsidiaries, Recess Film Productions, LLC and Recess Film Financing, LLC's liabilities consisted of a judgment lien in favor of International Alliance of Theatrical Stage Employees in the amount of $353,000 and not less than $642,658 in general unsecured claims. In addition, there significant employee claims for unpaid wages related to its Iowa film project. At the time of the Assignment, Recess Film Productions, LLC and Recess Film Financing, LLC's assets consist of their claims to recover the disputed State of Iowa tax incentives and other potential rights to other assets which will require further investigation. These entities had no cash on hand.

Creditors are advised that, in order to participate in distributions, they must file a Proof of Claim with the Assignee's Claims Agent in accordance with the instructions provided on the enclosed Proof of Claim form. Creditors are encouraged to file a Proof of Claim. Creditors seeking confirmation of receipt of their claim should include a self-addressed stamped envelope and their request for confirmation of receipt of their claim along with the submission of their Proof of Claim.

PLEASE TAKE NOTICE THAT COMPLETED PROOF OF CLAIM FORMS MUST BE RETURNED NOT LATER THAN **WEDNESDAY, MAY 8, 2013 AT 5:00 P.M.** A COMPLETED FORM W-9 MUST ACCOMPANY YOUR RETURNED PROOF OF CLAIM. THE PROOF OF CLAIM FORM AND A FORM W-9 ARE ENCLOSED WITH THIS BULLETIN. IF YOU HAVE QUESTIONS REGARDING THIS BULLETIN OR YOUR CLAIM, PLEASE CALL THE CLAIMS AGENT FOR THIS CASE AT (949) 494-7160.

Very truly yours,
INSOLVENCY SERVICES GROUP, INC.

By: _____
Joel B. Weinberg, President

Enclosure:   Proof of Claim Form
             IRS Form W-9

| Class | Vendor | Address 1 | Address 2 | City |
|---|---|---|---|---|
| 15 Priority Tax | Los Angeles County Tax Collector | PO Box 514818 | | Los Angeles |
| 40 Priority Tax | Employment Development Department | 10330 Pioneer Blvd. | Suite 150 | Santa Fe Springs |
| 41 Priorty Tax | IRS | Centralized Insolvency Operation | | Philadelphia |
| 61 Priority Tax | EDD | 10330 Pioneer Blvd. | Suite 150 | Santa Fe Springs |
| 1 General Unsecured | AETNA | PO Box 894938 | | Los Angeles |
| 2 General Unsecured | Aronson Levin & Fey LLP | 15456 Ventura Blvd, Ste. #201 | | Sherman Oaks |
| 3 General Unsecured | AVC Corporation, Inc. | 4487 Ish Drive | | Simi Valley |
| 4 General Unsecured | Buchanan Ingersoll & Rooney PC | 1835 Market Street | 14th Floor | Philadelphia |
| 5 General Unsecured | CALNET Technology Group | 9241 Reseda Blvd. #200 | | Northridge |
| 46 Partial Priority Wage? | Chris Blauvelt | 9333 Oso Ave | | Chatsworth |
| 47 Partial Priority Wage? | Chris Blauvelt | 9333 Oso Ave | | Chatsworth |
| 48 Partial Priority Wage? | Chris Blauvelt | 9333 Oso Ave | | Chatsworth |
| 6 General Unsecured | Chris Johnson | 5927 Colgate Ave | | Los Angeles |
| 42 Partial Priority Wage? | Chris Johnson | 5927 Colgate Ave | | Los Angeles |
| 7 General Unsecured | Christopher J. Corabi, Atty. At Law, P.C. | 280 S. Beverly Drive, Suite 205 | | Beverly Hills |
| 35 General Unsecured | Chuck LaBella | 55=335 Coldwater Canyon #B | | Sherman Oaks |
| 62 Info Only | Coface Collections North America, Inc. | RE: WorldNet Commun. | P.O.Box 1389 | Kenner |
| 49 Partial Priority Wage? | Colin Mutton | 2118 Wilshire Blvd. #920 | | Santa Monica |
| 50 Partial Priority Wage? | Colin Mutton | 2118 Wilshire Blvd. #920 | | Santa Monica |
| 51 Partial Priority Wage? | Colin Mutton | 2118 Wilshire Blvd. #920 | | Santa Monica |
| General Unsecured | Colliers International | 16830 Ventura Blvd. | Suite J | Encino |
| 8 General Unsecured | Covad | Megapath, Dept. 33408 | PO Box 39000 | San Francisco |
| 33 General Unsecured | Dan Parr | 515 W. 6th Street | | Duluth |
| 52 Partial Priority Wage? | David Pritchard | 2010 N. Vine Street | | Los Angeles |
| 53 Partial Priority Wage? | David Pritchard | 2010 N. Vine Street | | Los Angeles |
| 54 Partial Priority Wage? | David Pritchard | 2010 N. Vine Street | | Los Angeles |
| 9 General Unsecured | Davis,Brown,Kaehn,Shors&Roberts Trust A/C | 215 10th Street | Suite 1300 | Des Moines |
| 10 General Unsecured | DeWitt Stern of CA Ins. Svc., LLC | 801 N. Brand Blvd., Ste 650 | | Glendale |
| 11 General Unsecured | Dominic Ianno | Ianno Ent. Group/Think Big Entertainment | 201 Santa Monica Blvd, Ste 640 | Santa Monica |
| General Unsecured | Douglas Emmett 1997, LLC | 808 Wilshire Blvd. | Suite 200 | Santa Monica |
| 56 Info Only | EDD - Bankruptcy Dept. - MIC 92E | P.O. Box 826880 | | Sacramento |

| # | Type | Name | Address | Suite/Extra | City |
|---|---|---|---|---|---|
|  | General Unsecured | Emily S. Levin, PLC | 1990 S. Bundy Dr., | Suite 390 | Los Angeles |
|  | General Unsecured | Federal Express | P.O. Box 7221 |  | Pasadena |
| 57 | Info Only | Franchise Tax Board | Bankruptcy Department |  | Sacramento |
| 12 | General Unsecured | Greenberg & Bass LLP | 16800 Ventura Blvd, Ste 1000 |  | Encino |
|  | General Unsecured | Grimm & Scholnick | Attn: Richard Grimm | 15643 Sherman Way #430 | Van Nuys |
| 13 | General Unsecured | Imperial Credit Corporation | IPFS, PO BOX 847615 |  | Los Angeles |
| 58 | Info Only | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 21126 | Philadelphia |
| 28 | General Unsecured | International Alliance of Theatrical Stage Employees | 1430 Broadway | 20th Floor | New York |
|  | General Unsecured | J.H. Cohn | 11755 Wilshire Blvd., 17th Floor |  | Los Angeles |
| 32 | General Unsecured | James "Jim" Cardwell | 2721 La Custa Drive |  | Los Angeles |
| 43 | Partial Priority Wage? | James Cumming | 779 S. Windsor Blvd |  | Los Angeles |
| 29 | General Unsecured | Kelly Clear Class Action c/o Harris & Ruble | 6424 Santa Monica Blvd. |  | Los Angeles |
|  | General Unsecured | Kern Konwiser | 16987 Escalon Drive |  | Encino |
|  | General Unsecured | Kip Konwiser | 4547 Morro Drive |  | Woodland Hills |
| 14 | General Unsecured | Los Angeles Department of Water and Power, LA DWP | P.O. Box 30808 |  | Los Angeles |
| 60 | Info Only | Management Pro Tem LLC | 900 Glenneyre St, #944B |  | Laguna Beach |
| 31 | General Unsecured | Margaret Martin | 2010 N. Vine Street |  | Los Angeles |
| 16 | General Unsecured | Meyers & Helm LLP | 444 Madison Avenue, 30th FL |  | New York |
| 63 | Info Only | Moss & Barnett, P.A. Re: WEST Publishing Corp. | 4800 Wells Fargo Center | 90 South Seventh Street | Minneapolis |
| 17 | General Unsecured | Nadia Davari | 828 23rd Street |  | Santa Monica |
| 44 | Partial Priority Wage? | Nadia Davari | 828 23rd Street |  | Santa Monica |
| 18 | General Unsecured | Office Depot | Office Depot Credit Plan | PO Box 689020 | Des Moines |
| 19 | General Unsecured | P & R Investment Company | ParRam LLC | 16501 Ventura Blvd., Ste 402 | Encino |
| 34 | General Unsecured | Par Ram, LLC | 16501 Ventura Blvd. #402 |  | Encino |
|  | General Unsecured | Pat Murray | 17463 Doric Street |  | Granada Hills |
| 20 | General Unsecured | Priority Messenger | 12506 Moorpark St. #104 |  | Studio City |
| 21 | General Unsecured | Robert Deege | 201 Santa Monica Blvd, Ste 540 |  | Santa Monica |
|  | General Unsecured | Robert Giolito c/o Spivak Lipton LLP | 11755 Wilshire Blvd., | Suite 2150 | Los Angeles |
| 59 | Info Only | SBOE - Bankruptcy Department | P.O. Box 942879 |  | Sacramento |
| 22 | General Unsecured | Sharon Simon | 5616 Bobbyboyar Avenue |  | West Hills |
| 45 | Partial Priority Wage? | Sharon Simon | 6616 Bobbyboyar Ave |  | West Hills |
| 23 | General Unsecured | Shawn Walker | 222 Market Street #3 |  | Venice |
| 24 | General Unsecured | Stevens & Lee | PO Box 679 |  | Reading |
|  | General Unsecured | Time Warner Cable | 2939 Nebraska Avnue |  | Santa Monica |
| 25 | General Unsecured | Verizon Wireless | PO Bpox 9622 |  | Mission Hills |
| 26 | General Unsecured | WEST | PO Box 6292 |  | Carol Stream |
| 27 | General Unsecured | WorldNet Communication Services, Inc. | 80 N. Wodo Road, Ste. 308 |  | Camarillo |
|  | General Unsecured | Paliare Roland Barristers | 250 University Avenue | Suite 501 | Toronto |
| 30 | General Unsecured | David St Amour | 11-300 Earl Grey Dr, Unit # 404 | Kanata | ON |
| 36 | General Unsecured | Studio City Rent |  |  |  |
| 37 | General Unsecured | Youriy Illev |  |  |  |
| 38 | General Unsecured | Iowa Payables |  |  |  |
| 39 | General Unsecured | Gigapix Releasing LLC |  |  |  |

| State | Zip | Balance Total | Notes | Contact | Phone | Fax |
|---|---|---|---|---|---|---|
| CA | 90051-4818 | $528.80 | ?? | | | |
| CA | 90670 | $572,736.96 | Account ID: 230-4006-6; EDD contact: Maria Quintanilla, Santa Fe Springs Audit Office, 562-903-4060; EDD wants to conduct an audit regarding payment of "sales" people from 10/1/09 to 9/30/12 | | | |
| PA | 19114-0326 | | Tax added per "Order of Priority - 7-02-12" document; no amount due on document | | 877-249-7235 #: 888-258-45 |  |
| CA | 90670 | | 12-3-12 - Added per invoice for assessment in the amount of $572,736.96. - CMM | | | |
| CA | 90189-4938 | $26,059.00 | health insurance | | | |
| | | | lawyers defeding in the Harris case - "Clear versus Gigapix Studios", "Order of Priority" document states | | | |
| CA | 91403 | $19,658.97 | creditor is due $27,000 | | | |
| CA | 93063 | $2,817.20 | printer lease/service | Anna Szin | 818-366-6262 | |
| PA | 19103 | $10,851.72 | lawyers that handled the funds raise in 2009 | | | |
| CA | 91324 | $10,718.45 | tech company | | | |
| CA | 91311 | $683,413.87 | "Officers Current Account" | | | |
| | | | There was a loan taken out in November 2009 for $39,431.92 and this was used to purchase a vehicle. | | | |
| CA | 91311 | $48,000.00 | The balance of 48K is personal expenses, cash withdrawals etc using the company debit card. | | | |
| CA | 91311 | $770,500.00 | Accured salaries to the end of Sept 2012: 2010: $224,500; 2011: $312,000; 2012 $234,000 = $770,000 | | | |
| CA | 90036 | $1,882.00 | employee expenses | | | |
| CA | 90036 | $266,500.00 | "Management Current Account" | | | |
| CA | 90212 | $0.00 | $3,654.50 not due, this has been paid | | | |
| CA | 91401 | $80,000.00 | Consultant added per "Order of Priority - 7-02-12" document | | | |
| LA | 70063 | | 12-4-12 - Added per collection invoice received. - CMM | | | |
| CA | 90403 | $901,200.00 | "Officers Current Account" | | | |
| CA | 90403 | $0.00 | Just as an FYI there is no current account | | | |
| | | | Accured salaries to the end of Sept 2012: 2009: $43,200; 2010: $312,000; 2011: $312,000; 2012: | | | |
| CA | 90403 | $901,200.00 | $234,000 = 901,200 | | | |
| CA | 91436 | | 12-4-12 - Added per lease info for property at 15055 Oxnard St. Van Nuys. - CMM | | 888-642-6823 | |
| CA | 94139 | $1,919.02 | internet related | | | |
| MN | 55806 | $125,000.00 | Consultant added per "Order of Priority - 7-02-12" document | | | |
| CA | 90068 | $677,617.02 | "Officers Current Account" | | | |
| | | | David Pritchard took out a loan of $50,000 on 11/23/2009. He subsequently charged $267K to the company credit card bringing his current account balance up to $317K. the $267K was mainly for Travel and Entertainment – we would estimate about 75% of this is T&E. David has been remiss in submitting to me his expense reports and so I charged all his withdrawals and expenses to his current account as a holding account until I got his expenses. So I would say that his true current account indebtedness is 50K | | | |
| CA | 90068 | $117,000.00 | ÷ (25% x 267K) = $117K | | | |
| CA | 90058 | $795,000.00 | Accured salaries to the end of Sept 2012: 2010: $249,000; 2011: $312,000; 2012 $234,000 = $795,000 | | | |
| | | | 12-3-12 - Added addres from invoice received - CMM  lawyer representing us versus state of Iowa (Scott | | | |
| IA | 50309-3993 | $90,884.60 | Brennan), "Order of Priority" document states David Brown Koehn is due $100,000 (may be an estimate) | | | |
| CA | 91203 | $610.25 | insurance | | | |
| CA | 90401 | $0.00 | $60,000 amount no longer exists - should have been w/off a long time ago | Dominic Ianno | | |
| CA | 90401 | | 12-4-12 - Added per Lease at 11835 W. Olympic Blvd. in L.A.- CMM | | | |
| CA | 94280 | | 12-3-12 - Added for info only. - CMM | | | |

| State/Region | ZIP | Amount | Notes | Phone | Phone 2 |
|---|---|---|---|---|---|
| CA | 90025 | | 12-4-12 - Added per invoice found in "Creditor" file - CMM | | |
| CA | 91109 | | 12-4-12 - Added per invoice found in "Creditor" file - CMM | | |
| CA | 95812-2952 | | 12-3-12 - Added for info only. - CMM | | |
| CA | 91436 | $3,053.31 | defending re employee suit - Shawn Walker - see below $62,500 | 818-382-6200 | 818-986-65 |
| CA | 91405 | $1,830.75 | 12-4-12 - Added Attorney for Par Ram - CMM | | |
| CA | 90084-7615 | | credit collection company I think | 1-877-615-4242 | |
| PA | 19114-0326 | | 12-3-12 - Added for info only. - CMM | | |
| NY | 10018 | $353,568.96 | judgment lien filed on 10/15/10 by International Alliance of Theatrical Stage Employees | | |
| CA | 90025 | | 12-4-12 - Added per invoice found in "Creditor" file - CMM | | |
| | | | Consultant added per "Order of Priority - 7-02-12" document; 11-30-12 - Jim Carwell called the creditor | | |
| CA | 90046 | $260,000.00 | claims line, I informed him of the ABC, bulletin and POC form, added address - kmp | | |
| CA | 90005 | $257,379.00 | "Management Current Account" | | |
| CA | 90038 | | Kelly Clear Class Action Lawsuit; Steve Spector in communication with Adam of Emily S. Levin PLC | | |
| CA | 91435 | | 12-4-12 - Added from Order of Priority list - CMM | | |
| CA | 91364 | | 12-4-12 - Added from Order of Priority list - CMM | | |
| CA | 90030-0808 | $5,786.33 | water bill chatsworth | | |
| CA | 92651 | | 12-3-12 - Added for info only. - CMM | | |
| CA | 90068 | $86,000.00 | Loan added per "Order of Priority - 7-02-12" document | | |
| NY | 10022 | $0.00 | $600 amount has been paid off - we owe nothing | | |
| MN | 55402 | | 12-4-12 - Added per collection email received from Michael Etmund (612-877-5269) on 11-29-12. -CMM | | |
| CA | 90403 | $4,677.81 | employee expenses | | |
| CA | 90403 | $240,219.00 | "Management Current Account" | | |
| IA | 50368-9020 | $80.00 | we owe about $3K to Office depot | 800-729-7744 | |
| CA | 91436 | $190,000.00 | this was the chatsworth landlords - lawyers are Grimm & Scholnick | (818) 905 0703 | |
| CA | 91436 | | 12-4-12 - Added per invoice found in "Creditor" file - CMM | | |
| CA | 91344 | $10,000.00 | Consultant added per "Order of Priority - 7-02-12" document | | |
| CA | 91604 | $79.60 | very old | | |
| CA | 90401 | $0.00 | $6,000 amount no longer exists - should have been w/off a long time ago | Marty Gore 818-752-3333 | |
| CA | 90025 | | 12-4-12 - Added Attorney firm for IATSE - (International Alliance of Theatrical Stage Employees) | | |
| CA | 94279-0013 | | 12-3-12 - Added for info only. - CMM | | |
| CA | 91307 | $2,531.48 | employee expenses | | |
| CA | 91307 | $234,000.00 | "Management Current Account" | | |
| CA | 90291 | $62,500.00 | ex-employee suing Gigapix Studios for this amount | | |
| PA | 19603-0679 | $3,533.94 | lawyers that handled the funds raise in 2009 | 610-478-2000 | 610-376-56 |
| CA | 90404 | | 12-4-12 - Added per invoice found in "Creditor" file - CMM | | |
| CA | 91346-9622 | $379.05 | not due this has been paid | 800-922-0204 | |
| IL | 60197-6292 | $566.60 | old bill | 1-800-328-4880 | |
| CA | 93010 | $1,358.86 | now in collection | 800-840-9638 | |
| Ontario, Can | M5H 3E5 | | 12-4-12 - Added per invoice found in "Creditor" file - CMM | | |
| Canada | K2T 1C1 | $175,000.00 | Loan added per "Order of Priority - 7-02-12" document | | |
| | | $250,000.00 | Account Payable creditor added per "Order of Priority - 7-02-12" document | | |
| | | $10,000.00 | Account Payable creditor added per "Order of Priority - 7-02-12" document | | |
| | | $254,000.00 | Account Payable creditor added per "Order of Priority - 7-02-12" document | | |
| | | $470,000.00 | Inter-Co Account (Will take over Zucker Loan); added per "Order of Priority - 7-02-12" document | | |

| Alt. Contact | Email | Print on Check as | Account No. | Terms |
|---|---|---|---|---|
| Mike Morrow @ Nestle W | WESGPLANSPONSORINQUIRIES@AETNA.COM | Los Angeles County Tax Collector | ACCT # 80072291 | Due on receipt |
| | aszin@avcoffice.com | | 93711 | Net 30<br>Net 20<br>Net 30<br>Due on receipt |
| | | | | Due on receipt |
| | | Megapath | ACCT # 562739 | Net 30 |
| | | Ianno Ent. Group/Think Big Ent. | | Net 30<br>Due on receipt<br>Net 15 |

| | | | |
|---|---|---|---|
| | | | Due on receipt |
| Nadia Davari | Acct #3-54-66012-09333-00-0000-1-01 | | Due on receipt |
| Office Depot Credit Plan ParRam LLC | A/C #60115642204880S9 | | Due on receipt |
| Priority Messenger Robert Deege | | | Net 15 15th |
| info@prioritymessenger.com | | | Due on receipt |
| Shawn Walker | 670633711-00001 | | Net 30 |
| West.ARPaymentCenter@thomson.co WEST | ACCT # 2757 | | Net 30 |

34

10