Production Financing Agreement
Dated August 25, 2011

# EXHIBIT 447

## "OZ3D" PRODUCTION FINANCING AGREEMENT

This financing agreement ("**Agreement**") is entered into as of August 25, 2011, by and between Multiple Media Entertainment Inc. ("**MME**"), an Ontario corporation with offices at 1920 Yonge Street, Suite 200, Toronto, Ontario M4S 3E2, ARC Productions Ltd. ("**Arc**"), an Ontario corporation with offices at 230 Richmond Street East, Toronto, Ontario M5A 1P4, and OZ3D, LLC ("**LLC**"), a Nevada limited liability company, with offices at 11835 W. Olympic Blvd., Suite 350E, Los Angeles, CA 90064 in connection with the production financing and disbursement of available proceeds, if any, relating to the to-be-produced stereoscopic, CGI animated motion picture currently titled "OZ3D" ("**OZ3D**") based on the screenplay ("**Screenplay**") attached hereto as Exhibit A and subject to the budget ("**Budget**") attached hereto as Exhibit B. The term "**Parties**" shall refer collectively to MME, Arc and LLC and the term "**Party**" shall refer to MME or Arc or LLC individually.

OZ3D shall be produced in accordance with the production services agreement ("**Production Services Agreement**") dated as of August 25, 2011, between LLC and Arc attached hereto as Exhibit D. Any increase in the Budget (or any line item thereof) in excess of five percent (5%) or any change to the Screenplay shall require the unanimous, prior written approval of the Parties. In consideration of the promises and covenants set forth herein, the Parties hereby agree as follows:

1) The Parties agree that LLC and its affiliate Gigapix Studios, Inc., ("**Gigapix**") a California corporation, up-to-date have contributed and spent $5.13 million on development and pre-production work, including, but not limited to the Screenplay, writer fees, acquisition of literary rights, character creation/development and script/story development. Additionally, LLC and its affiliate Gigapix will continue to provide production services and creative services (including any rewrites).

2) LLC shall be responsible for negotiating all talent agreements: including but not limited to voice talent, composer(s), music supervisor(s), writer(s), director(s) and producer(s). The costs of the foregoing shall be subject to the approval of the Parties and be included in the Budget and paid therefrom.

3) LLC shall negotiate with WowWee Canada Inc. with respect to any licensing and merchandising in connection with OZ3D. Any such proceeds shall be paid into the Collection Account, as such term is defined below in paragraph 8.

4) Gigapix or an affiliate shall own and control all rights to distribute OZ3D in the U.S. market, and may provide a theatrical release on up to of 1,000 screens, supported by a minimum prints and advertising ("**P&A**") spend of up to U.S. $10 million. In respect of the foregoing, Gigapix or an affiliate shall enter into a customary "all rights" distribution agreement upon terms and conditions which are subject to the unanimous, prior written approval of the Parties.

5) Arc shall appoint Stephanie Denton as the "in house" international sales agent to sell the global ( other than US, Canada and excluding territories that E-One Entertainment, if any, shall be distributing) distribution rights to OZ3D as soon as sufficient creative elements are in place to maximize such sales. The international sales agency agreement and any related compensation (which shall be 100% deferred until the Budget is fully financed) paid to such sales agent, shall be subject to the review and unanimous, prior written

approval of the Parties. The Parties, in conjunction with the sales agent, will determine the minimum acceptable price ("**Minimum Sales Price**") for each territory. All sales agreements entered into by the sales agent will conform to the requirements of production lenders and be subject to a minimum guarantee which will not be less than the Minimum Sales Price (by territory) unless a lower price is unanimously authorized in writing by the Parties. The terms and conditions of all sales agreements will be subject to the unanimous, prior written approval of the Parties.

6) The sales agreements referred to in paragraph 5 above will include directions to the international buyers to pay minimum guarantees and any overages to the U.S. or Canadian bank(s) (or financial institution(s)) making the applicable production loan(s). Any receipts in excess of the loan(s) (plus interest and other costs) will be paid into the Collection Account, as such term is defined below in paragraph 8.

7) In accordance with the Production Services Agreement, Arc, will provide production services with a value of $1.088 million which will be matched equally (in cash) by each of MME and Arc. Arc will be compensated from the Collection Account for such services as described in paragraph 19.

8) MME together with Arc shall establish a collection account ("**Collection Account**") and will prepare instructions ("**Instructions**") to determine the priority and authorization requirements for payments from the Collection Account. Such Instructions will be subject to the unanimous, prior written approval of the Parties.

9) MME and Arc agree to secure a completion bond ("**Bond**") on OZ3D through Films Finances Inc. Canada ("**FFIC**"). The Parties shall provide any and all documentation and/or other information required by FFIC to secure such Bond. The cost of the Bond shall be included in the Budget and paid therefrom.

10) MME, in conjunction with Arc, will immediately prepare the necessary documentation (which conforms with production lender's requirements and will be subject to review and prior written approval of LLC) to secure and maximize the federal, provincial and other tax credits (and incentives) which shall include but not be limited to:

    i)   Ontario Production Services Tax Credit ("**OPSTC**")
    ii)  Ontario Computer Animation and Special Effects Tax Credit ("**OCASE**")
    iii) Film or Video Production Services Tax Credit ("**PSTC**")

    Any tax credits (including investment incentives and capital cost allowances) or other incentive programs earned and/or received by any of the Parties in respect of OZ3D will be paid to the Collection Account and used solely for the purpose of financing the Budget or as otherwise permitted in paragraph 19 hereof.

    The third party costs of preparing and certifying such tax credit documentation will be included in the Budget and paid therefrom.

11) MME, in conjunction with Arc, will pledge all approved tax credits as collateral for a production loan(s) from a Canadian bank(s) (or other financial institution(s)). MME will be responsible for negotiating such production loan(s), but the terms and conditions of such loans will be subject to the review and unanimous, prior written approval of the

Parties. The proceeds of the loan will be paid into the Collection Account and used solely for financing the Budget or as otherwise permitted in paragraph 19 hereof.

12) MME, in conjunction with Arc, will issue "directions to pay" instructing the federal, provincial and other applicable institutions issuing the tax credits and/or other incentives to pay the proceeds from all such tax credits and/or other incentives directly to the bank(s) (or financial institution(s)) which made the applicable production loan(s). Any tax credits and/or other incentives in excess of the applicable loan(s) (plus interest and other costs) will be directed to the Collection Account.

13) MME, in conjunction with Arc, will pledge the receipts earned from the international presales contracts (and estimates for unsold territories if applicable) as collateral for a production loan(s) from a Canadian (or U.S.) bank(s) (or a financial institution(s)). MME will be responsible for negotiating such production loan(s) but the terms and conditions of such loan(s) will be subject to the review and unanimous, prior written approval of the Parties. The proceeds of the loan(s) will be paid to the Collection Account and used solely for financing the Budget or as otherwise permitted in paragraph 19 hereof.

14) MME will pre-sell the Canadian distribution rights to OZ3D. MME's sales agency agreement for Canada and related compensation (which shall be 100% deferred until the Budget is fully financed) shall be subject to the review and unanimous, prior written approval of the Parties. The Parties will determine the minimum acceptable price ("**Minimum Sales Price**") for Canada. MME shall not sell Canadian distribution rights for less than the Minimum Sales Price unless a lower price is unanimously authorized in writing by the Parties. The Canadian distribution sales agreement(s) shall conform with production lender's requirements and be subject to the unanimous, prior written approval of the Parties.

15) MME will pledge the receipts earned from the Canadian sales agreement(s) as collateral for a production loan(s) from a Canadian (or US) bank(s) or financial institution(s). The terms and conditions of such production loan(s) will be subject to the unanimous, prior written approval of the Parties. The proceeds of such loan(s) shall be paid into the Collection Account and used solely for financing the Budget or as otherwise permitted in paragraph 19 hereof.

16) MME shall direct the Canadian distributor(s) of OZ3D to pay the minimum guarantees and/or overages to the lending bank(s) (or financial institution(s)) referred to in paragraph 15 above. Any minimum guarantees or overages in excess of the production loan(s) (plus interest and other costs) shall be paid into the Collection Account.

17) To the extent that the combination of the production loans and the contributions from the Parties is insufficient to fund the Budget, the Parties will meet and discuss in good faith how such shortfall should be funded (*e.g.* gap, super-gap or additional equity). Notwithstanding the foregoing, any Party may contribute additional equity to the Budget and receive an additional percentage share of the Remaining Balance, as defined in paragraph 19 hereof, equal to the additional amount invested as a percentage of the total production cost less the sum of the production loans received in paragraphs 11, 13 and 15 hereof.

18) All receipts (other than those pledged to banks or financial institutions) received in respect of OZ3D by any of the Parties hereto which have not been paid directly to the

Collection Account will immediately, on the day of receipt, be wired to the Collection Account and shall be used solely for financing the Budget or as otherwise permitted in paragraph 19 hereof. In no event will any Party retain any amounts received as an advance against its entitlement under paragraph 19 hereof even if the Budget is fully financed.

19) Subject to the repayment of any production lenders (including gap and/or super-gap lenders) and collection fees payable to the administrator of the Collection Account and subject to the retention of cash reserves for reasonably anticipated future liabilities, all receipts received into the Collection Account shall be payable on a continuing and rolling basis in the following priority:

   a. Firstly:
      i) $1,088,000 to Arc

   b. Secondly:
      ii) Arc's sales agency fees
      iii) MME's sales agency fees

   The amounts paid in (ii) and (iii) above shall be made on a pari-passu basis and reflect the pro-rata percentage payable to each sales agent as a percentage of the total amount available in the Collection Account (after the payment to Arc per paragraph 19 (i) hereof) but shall not exceed the total amount payable to each sales agent.

   c. After payment of sales agency fees, the remaining balance ("**Remaining Balance**") shall be disbursed to the following recipients on a pari-passu basis:

      iv) 75% of the Remaining Balance to LLC
      v) 5% of the Remaining Balance to MME
      vi) 10% of the Remaining Balance to Arc
      vii) 10% of the Remaining Balance to talent, if any.

   If the Remaining Balance payments to talent are less than ten percent (10%) then any remaining available proceeds will be paid to LLC.

20) This Agreement contains the entire agreement between the Parties relating to the Screenplay and the subject matter hereof and shall supersede any and all prior, contemporaneous or other promises, representations, and agreements, whether written or oral. This Agreement shall not be modified or amended except in writing signed by all Parties.

21) All notices, requests, demands or other communications required or permitted to be given by one party to another under this Agreement (each a "**Notice**") shall be given in writing and delivered by personal delivery or delivery by recognized national courier, sent by facsimile transmission or delivered by registered mail, postage prepaid, or by electronic communication (including e-mail but excluding Internet or intranet websites) addressed as follows:

If to Arc: 230 Richmond Street East
Toronto, Ontario
M5A 1P4
Attention: Jeff Young
Facsimile Number: (416) 682-5207
E-Mail: JeffYoung@arcproductions.com

If to Gigapix or LLC: 11835 W. Olympic Blvd., Suite 350E
Los Angeles, CA 90064
Attention: Nadia Davari, Jim Cardwell
Facsimile Number: (323) 389-0842
Email: ndavari@gigapixstudios.com
jcardwell@gigapixstudios.com

If to MME: 1920 Yonge Street, Suite 200
Toronto, Ontario
M4S 3E2
Attention: Michael Taylor
Facsimile Number: (416) 484-8001
Email: michael.taylor@multiplemedia.ca

22) If any of the provisions of this Agreement shall be unlawful, void, or for any reason unenforceable, they shall be deemed separable from and shall in no way affect the validity or enforcement of the remaining provisions of this Agreement. Nothing in this Agreement, expressed or implied, is intended or shall be construed to confer rights or obligations upon any person other than the Parties hereto.

23) This Agreement may be executed in any number of counterparts (including by facsimile and/or electronic transmission, PDF, JPEG, or TIFF), each of which shall be deemed a duplicate original, but all of which together shall constitute one and the same agreement and shall become effective when a copy signed by each Party has been delivered to the other Parties. Such separate execution shall be of full force and effect so long as each Party has executed the same agreement. Facsimile, PDF, JPEG, or TIFF copies of this Agreement and signatures thereon shall be valid and binding on the Parties.

24) MME's and Arc's sole remedy for breach of any of the provisions of this Agreement shall be an action at law for damages, if any, and neither MME nor Arc shall have the right to in any way enjoin or restrain the distribution, advertising, marketing, exhibition, exploitation of OZ3D and/or any work or activities of LLC or its affiliates or terminating or rescinding any rights granted to LLC hereunder.

25) This Agreement shall not be construed against the Party preparing it, but shall be construed as if all Parties jointly prepared this Agreement; and any uncertainty or ambiguity shall not be interpreted against any one Party.

26) This Agreement shall be governed by the internal laws of California (*i.e.*, without regard to its conflict of law principles). The sole location for jurisdiction and venue for any litigation relating to this Agreement shall be in the federal or state courts in Los Angeles County, California. The Parties consent to jurisdiction and venue in such courts and waive any objection based on inconvenient forum. Each of the Parties consents to the

service of process in any action commenced hereunder by certified or registered mail, return receipt requested, or by any other method or service acceptable under federal law or the laws of the State of California. AS TO ANY ACTION OR PROCEEDING ARISING OUT OF, RELATED TO OR IN CONNECTION WITH THIS AMENDMENT, THE PARTIES HEREBY AGREE TO WAIVE THEIR RIGHTS TO A TRIAL BY JURY. In the event of a dispute under this Agreement, the Parties agree to binding arbitration pursuant to the rules of the American Arbitration Association. Such arbitration shall take place in Los Angeles, California and California law shall apply; the parties hereto waiving any claim or defense that such forum is not convenient or proper. The prevailing Party shall be entitled to attorneys' fees and costs.

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the date first written above.

ARC Productions Ltd.

By:_____
Name:  Jeff Young
Title:   President & COO

Multiple Media Entertainment Inc.

By:_____
Name:  Michael Taylor
Title:

Gigapix Studios, Inc.

By:_____
Name:
Title:

OZ3D, LLC

By:_____
Name:  David Pritchard
Title:



Dear Shareholders:          May 24th, 2011

I have some good news to share with you:

**Gigapix Studios (GPX) is set to become a Publicly Traded Company.** We are at an advanced planning stage whereby GPX would acquire a public listing; company shares would be given a fair market price and ultimately traded on the stock market. We are projecting that this will take place in the second half of 2011.

> Reverse merger. The proposal is to take GPX public through a "reverse merger". This means that GPX would exchange its shares for shares in a publicly listed company – with GPX assuming control of the combined company.
>
> Benefits. The reverse merger would enable GPX to become publicly traded and permit its shares to become liquid without the high cost or extensive time and regulatory hurdles involved in an Initial Public Offering.
>
> Shareholder input. Prior to the merger, a shareholder vote will be required to approve and adopt the reverse merger. The full details will be laid out in Proxy and Shareholder resolution documents which you will receive in the coming weeks. These documents will fully explain the proposed transaction and the impact and benefits this will have on your shares.

In addition to the above, there have been a number of other achievements which contribute to the company's evolution into a flourishing media business:

**OZ 3D in production!** Production has begun on the *OZ 3D* animated feature Arc Productions (recently renamed from Starz Animation) in Toronto, Canada. (See April 6th Press Release, enclosed.)

> Canadian Tax Benefits. We have structured the production deal so that we are able to take maximum advantage of the Canadian production tax incentives, such that we expect the tax benefits to finance a significant percentage of the total production costs.
>
> Co-Production. We concluded quite some time ago that maintaining an in-house animation team with the necessary computing equipment was not the best economic model for an independent studio. In fact, in all areas where it is possible, we intend to create co-production relationships to undertake production work with the goal of reducing our overhead and fiscal risk dramatically. Our partner on *OZ 3D* has delivered several feature animated productions, including the recent breakout hit *Gnomeo & Juliet*.

<u>Benefits</u>. Taking advantage of Canadian tax benefits and creating a co-production relationship with a Canadian studio should have a very significant effect not only in fiscal terms but also in the ultimate quality and artistic value of the finished product.

**Launch of *Gigapix Releasing*.** We plan to release a slate of films through this division, both those produced in-house by GPX and films that have already been completed which we acquire from third party producers.

<u>Benefits</u>. Operating our own releasing division assures us a theatrical release for the films that GPX produces. It also enables us to generate fees from the release of films completed by third parties (which we can subject to our own market tests), without having to incur the direct financial risk of production costs.

**Prints and Advertising Fund nears completion.** To complement our film releasing division, we are nearing completion of a Prints and Advertising Fund (P & A), with projected total assets of $100 million. The fund would be administered by a third party fund manager exclusively for *Gigapix Releasing* and be used to finance the distribution of both internally and externally produced films.

Third party film-makers often complete production on a film only to find themselves without a distribution deal – or the funds to cover the cost of prints and advertising. Our business plan enables us to acquire the rights to such films that meet our market tests – usually at zero cost to us – because of our distribution deals through *Gigapix Releasing* and utilizing our own P & A fund.

<u>Benefits</u>. When a movie generates income from box office, DVD, Video on Demand, etc., our P & A fund would be in the first position to recoup all our costs and our releasing company would generate fees. This creates a low risk financial model with the prospect of strong returns and growing catalogue assets.

**Chuck LaBella joins Gigapix as head of Television Development.** Emmy nominated television producer Chuck LaBella comes to Gigapix with extensive experience in television that includes work as an executive at the global powerhouse Endemol. Chuck is currently a producer on shows such as: *The Celebrity Apprentice, Top Gear USA, 2011, Who Do You Think You Are, Miss Universe Pageant*, and many other programs.

Since January, Gigapix has signed deals for the sale of a number of new television programs and we expect the Television Department to contribute to the company's revenues.

*Workaholics*. In April, Comedy Central launched the Gigapix produced live action comedy, *Workaholics*, which has become one of the highest-rated series on the network. Just recently a second season has already been ordered!

*Baker Boys: Inside the Surge*. In addition to previously airing on HDNet and now available in the video market, we have finalized the sale to the Military Channel for the broadcast of our four-part award-winning Iraq War documentary. This will be a great opportunity for more exposure of the documentary, reaching a wider cable audience and providing a robust platform to increase the video sales.

**Gigapix Studios to relocate offices.** In July, GPX will relocate our film, television and distribution operations from our current 30,000 square foot building into a smaller facility.

<u>Benefits</u>. The move will reduce overhead while bringing us closer to the other studios and networks with which we do business.

**Chris Blauvelt resigns as Chairman and CEO.** The company is also announcing the resignation of Chris Blauvelt as Chairman and CEO. According to Mr. Blauvelt, "The company is entering a new phase in its transition into a fully realized publicly traded entertainment company. The timing is right to step down as CEO and Chairman as I've done all I can to advance the company to this point. I feel that the company, with a restructured board of directors and its current management team, is poised to become a leader in the entertainment industry." Everyone at Gigapix Studios wishes Chris well, and he will continue as an Executive Producer and a consultant to the company.

You will be receiving further announcements in the near future setting out fully the details and benefits of the proposed merger and we are confident that these communications will answer any questions you may currently have.

We are looking forward to a prosperous future with gratitude for the support and participation of our investors

Yours sincerely,

David Pritchard
President
Gigapix Studios Inc.

# OZ3D LLC

Dear Members:                                                         May 24th, 2011

I have some good news to share with you:

**OZ 3D in production!** Production has begun on the *OZ 3D* animated feature at the Starz Animation Studios in Toronto, Canada. (See April 6th Press Release, enclosed.)

As is normal for an Animated Feature Film, we have been in pre-production for some time. During this period we have gone through many script revisions until not only were we satisfied with the end result, but the Starz/ARC studios chose to work with us over many other projects available to them. An enormous amount of work has gone into the visual character and background development i.e. the actual images of all the characters and scenes in the movie. This is a painstaking part of the process because obviously when the looks of the characters and backgrounds are decided upon it is as crucial as when casting a live person or deciding on a location for a film.

   <u>Canadian Tax Benefits</u>. We have structured the production deal so that we are able to take maximum advantage of the Canadian tax concessions, such that we expect the tax benefits to finance a significant percentage of the total production costs.

   <u>Co-Production</u>. We concluded quite some time ago that maintaining an in-house animation team with the necessary computing equipment was not the best economic model for an independent studio. In fact, in all areas where it is possible, we intend to create co-production relationships to undertake production work with the goal of reducing our overheads and fiscal risk dramatically.

   <u>Benefits</u>. Taking advantage of Canadian tax benefits and creating a co-production relationship with a Canadian studio should have a very significant effect not only in fiscal terms but also in the ultimate quality and artistic value of the finished product.

**Gigapix Studios to relocate offices.** In July, GPX and OZ3D LLC will relocate all of our operations from our current 30,000 square foot building into a much smaller facility.

   <u>Benefits</u>. The move is designed reduce overhead while bringing us closer to the other studios and networks with which we do business.

**Chris Blauvelt resigns as Chairman and CEO.** The company is also announcing the resignation of Chris Blauvelt as Chairman and CEO of GPX and as Managing Member of OZ3D LLC. According to Mr. Blauvelt, "The company is entering a new phase in its transition into what is expected to be a fully realized publicly traded entertainment company. The timing is right to step down as CEO and Chairman as I've done all I can to advance the company to this point. I feel that the company, with a restructured board of directors and its current management team, is poised to become a leader in the entertainment industry." Everyone at Gigapix Studios and OZ3D LLC wishes Chris well, and he will continue as an Executive Producer and a consultant to the company.

Yours sincerely,

*David Pritchard* (signature)

David Pritchard
Managing Member

9333 OSO AVENUE, CHATSWORTH, CALIFORNIA 91311
PHONE: (818) 592-0755 • PHONE: (800) 862-7656 • FAX: (818) 449-1900

         

THE TIME IS NOW.
"SERKIS GIVES A PERFORMANCE SO NUANCED AND POWERFUL IT MAY CHALLENGE THE ACADEMY TO GIVE AN OSCAR® TO AN ACTOR WHO IS NEVER SEEN IN THE FILM."
TIME

The Hollywood Reporter

THR VIDEO
Interviews, trailers, clips and more

# Gigapix Acquires U.S. Rights to 'OZ3D' Feature

12:57 PM PDT 4/9/2011 by Etan Vlessing

SHARE    Like 66    Send    31    Comments

**Gigapix commits $10 million from P&A fund to release Canadian animated feature on at least 1,000 screens.**

TORONTO -- Gigapix Studios has picked up the U.S. rights to a Canadian stereoscopic 3D animated feature based on the classic *Wizard of Oz* classic book, and to be animated by Starz Animation Toronto.

The $20 million picture, with a working title *OZ3D*, is being produced by Toronto-based indie Multiple Media Entertainment, and will be directed by Starz Animation's **Rob Silvestri**.

Gigapix Studios' distribution arm, Gigapix Releasing, will release the animated feature stateside, using its P&A fund to commit at least $10 million for a theatrical roll-out on a minimum 1,000 screens.

"Working with Starz Animation and MME gives us an unparalleled combination of creative talent and executive experience that provides an excellent foundation for building a long lasting relationship to create and produce high quality animation for *OZ3D* as well as other projects to come," **David Pritchard**, president of Gigapix Studios, said.

The Canadian animated feature is also the first major project for Starz Animation Toronto since U.S.-based Starz sold a majority stake in the Toronto studio to a local consortium, and completed work on the box-officer earner *Gnomeo & Juliet* for Touchstone/Rocket and Elton **John's** Rocket Pictures.

The U.S. company retains a minority stake in the Toronto cartoon and VFX factory now tapping public subsidies as a Canadian-controlled company.

No word on voice casting for *OZ3D*, which is billed as a comical and contemporary adaptation of the **L. Frank Baum** classic book, *The Wonderful Wizard of Oz*.

**Michael Taylor** and **Drew Craig** of Multiplex Media Entertainment are executive producing the animated feature, and handling worldwide distribution. The script for *OZ3D* comes from **Connor Pritchard**, co-creator of the Comedy Central series *Workaholics*.

ELTON JOHN    INTERNATIONAL    STARZ ANIMATION

SHARE    Like 66    Send    31    Comments

You might like: