# OZ3D, May 2012 Gigapix Actual Production Development Expenses As Determined by Colin Mutton Emails

# EXHIBIT 449

## David Pritchard

**From:** Colin Mutton
**Sent:** Saturday, May 05, 2012 12:57 PM
**To:** David Pritchard
**Subject:** OZ3D Expenses
**Attachments:** Intuit.pdf

True direct expenses come to about 600K although the attached schedule shows $1.56m this includes Officers salaries (Pritchard and Blauvelt) and other non-direct costs.

12:50 PM
05/05/12
Accrual Basis

## OZ3D LLC
## Profit & Loss
### All Transactions

|  | Apr 9, 12 |
|---|---:|
| **Income** | |
| **Expense** | |
|   Administration Expenses | |
|     Miscellaneous | 45,177.85 |
|     Printing & Shipping | 90,453.92 |
|   Total Administration Expenses | 135,631.77 |
|   Direct Development Costs | |
|     Design Fees | 75,660.00 |
|     Director | 36,979.77 |
|     Outside Services | 150,170.00 |
|     Producers Fees | 144,200.00 |
|     Writers Fees | 136,657.50 |
|   Total Direct Development Costs | 543,667.27 |
|   Payroll | |
|     Officers | 836,000.00 |
|   Total Payroll | 836,000.00 |
|   Professional Fees | |
|     Legal | 41,598.58 |
|   Total Professional Fees | 41,598.58 |
|   Travel & Lodging | 3,873.70 |
| **Total Expense** | 1,560,771.32 |
| **Net Income** | (1,560,771.32) |

# David Pritchard

| | |
|---|---|
| **From:** | Colin Mutton <cfmutton@earthlink.net> |
| **Sent:** | Monday, May 07, 2012 5:53 PM |
| **To:** | David Pritchard |
| **Subject:** | Book3.xlsx |
| **Attachments:** | Book3.xlsx |

Summary of our conversation re OZ3D expenses incurred and accrued

1

OZ3D LLC

|  | OZ3D LLC Expenses To Date | ARC Studios | Accued | TOTAL |
|---|---|---|---|---|
| **Administration Expenses** |  |  |  |  |
| Bank Charges & Int | 833 |  |  |  |
| Miscellaneous | 45,178 |  |  |  |
| Printing & Shipping | 90,454 |  |  |  |
| Supplies | 31,416 |  |  |  |
| Genral Overheads | 0 |  | 30,000 |  |
| **Total Administration Expenses** | 167,881 | 0 | 30,000 | 197,881 |
|  |  |  |  |  |
| **Direct Development Costs** |  |  |  |  |
| Design Fees | 75,660 | 200,000 |  |  |
| Director | 36,980 |  |  |  |
| Outside Services | 150,170 |  |  |  |
| Producers Fees | 144,200 |  |  |  |
| Executive Producers | 0 |  | 200,000 |  |
| Writers Fees | 136,658 |  | 75,000 |  |
| **Total Direct Development Costs** | 543,667 | 200,000 | 275,000 | 1,018,667 |
|  |  |  |  |  |
| **Payroll** |  |  |  |  |
| Officers | 836,000 |  |  |  |
| Recruiting Costs | 10,310 |  |  |  |
| **Total Payroll** | 846,310 | 0 | 0 | 846,310 |
|  |  |  |  |  |
| **Professional Fees** |  |  |  |  |
| Accounting | 0 |  | 40,000 |  |
| Legal | 41,599 |  | 40,000 |  |
| **Total Professional Fees** | 41,599 | 0 | 80,000 | 121,599 |
|  |  |  |  |  |
| **Travel and Entertainment** |  |  |  |  |
| Travel & Lodging | 3,873 |  |  |  |
| **Total Travel and Entertainment** | 3,873 | 0 | 0 | 3,873 |
|  |  |  |  |  |
| **Utilities** |  |  |  |  |
| Cable & Internet | 7,920 |  |  |  |
| Gas & Electric | 40,345 |  |  |  |
| Telephone | 60,896 |  |  |  |
| **Total Utilities** | 109,161 | 0 | 0 | 109,161 |
|  |  |  |  |  |
| **TOTAL** | 1,712,491 | 200,000 | 385,000 | 2,297,491 |