Letter of Understanding With Wesley Clover Media Corporation of Canada Dated February 2009

# EXHIBIT 451

# Wesley Clover Media Corporation

February _____ 2009

(Letter of Understanding)

The Parties

Giga Pix Studios, Inc.
9333 Oso Ave.
Chatsworth, CA 91311 USA
&
Wesley Clover Media Corp
350 Legget Drive
Kanata, Ontario K2K 2W7 Canada

## Corporate Structure

Giga Pix Studios, Inc (us) commits to the forming of a new Canadian Corporation. The new Canadian corporation will carry the name **GigaPix Studios Canada, Inc.**, with the Head office to be located in Ottawa Canada. This new entity will act as the intermediary in Canada to facilitate all transactions between Giga Pix Studios, Inc (US) and Wesley Clover Media Corporation

## Giga Pix Studios Inc. (Canada)

- **Shareholders:**
    1. Giga Pix Studios USA
    2. Other parties (TBD)
    3. Class of shares: (A Class) voting and participating

- **Directors:**
  (TBD)

- **Officers:**
  (TBD)

1

### Senior Executive CGI Management

Gigapix Studios USA agrees to bring a seasoned and highly acclaimed studio animation executive as the President of the Giga Pix Studios Canada.

### New subsidiary Corporations ( SPV'S)

New project Specific Corporations ["SPV"] will be formed to house each new CGI production.

Each SPV will be a partially owned subsidiary of GigaPix Studios Canada Inc and WCM .along with other limited partners holding equity positions in a specific film SPV..

Security instruments may be required from parties making loans or taking equity in specific film SPV'S

Wesley Clover Media Corporation and GigaPix Studios, Inc (Canada) will, if required provide corporate infrastructures to accommodate project SPV'S which include but are not limited to the creation of subsidiary corporations , CGI IP inventory management, banking and project specific consulting services relative to the management of the CGI animation as it relates to the joint venture agreements between Wesley Clover Media Corporation, GigaPix Studios Inc (US) and Giga Pix Studios Canada Inc and each SPV , as will be more fully outlined in a definitive agreement  to be signed by the Parties

**SPV IP and equity Ownership**.  Giga Pix Studios, Inc (Canada and WCM will each own 50% right, title and interest in and to all film production and 50%% of all cross platform exploitation, including all copyright and trademark interests therein (subject to any restrictions from distributors or underlying rights holders.????????????????? in each film SPV ????????????

**Cross Platform IP ownweship rights**. Giga Pix Studios, Inc (us) will assign 50% of its cross platform rights to GigaPix Studios, Inc. (Canada) and 50% of all its cross platform rights to WCM (eg. Video games, MMOG, wireless, traditional publishing) all subject to time line and performance clauses.  Giga Pix Studios, Inc (Canada) and WCM shall be entitled to a 50% of the net royalty on all proceeds relative to the WCM exploitation of cross platform rights.

2

### Financing

WCM shall provide production funding to SPV'S in the form of equity and or loans from in house sources or will arrange for equity and loans from 3rd party sources (the "Production equity or loans)") in the amount pre-approved by the parties according to approved production budgets and distribution agreements provided by GPC. Production budgets shall not exceed $30mm US dollars for any one film. The ideal target for each film budget is $25mm US, inclusive of all fees for producers and direct financing costs.

**Funding** Term shall commence upon signature of the parties to a binding agreement and run concurrently for ten (10) years or until five (5) CG animated films are produced, whichever is longer. Any financing commitment by WCM shall terminate on any one Film, if the Film does not commence pre-production within ninety (90) days of GPC submitting a final production budget and distribution agreements that are approved by WCM and GPC. If in fact WCN cannot provide the necessary equity or loan financing for any of the projects in question, then WCM will forfeit all its remuneration and licensing rights to the specific default relative to the specific film and associated SPV..

### Terms of the Fund.

Giga Pix Studios Canada Inc and WCM will receive and hold all film revenues in a trust account requiring two signatures, one signature from an officer of WCM and one signature from an officer of GigaPix Studios Canada Inc, Inc. The release of any trust funds relative to any Film SPV will be subject to the payout requirements as outlined below. All revenues received shall be held in the joint trust accounts of GPX and WCM. All funds will be dispersed subject to the following

- Pending distribution fees and costs (including a distribution fee on domestic theatrical gross revenues and all distribution fees and expenses paid to third parties) and expenses, deferrals, print and advertising costs and/or recoupment of amounts advanced for print and advertising costs by third parties (with related financing expenses related thereto) and any other actual costs until such time as WMC has recouped 115%??? of the Production Loan amount that was contributed as private equity and 108% of any amount advanced against pre-sales and tax credits. Furthermore WMC shall receive participation 50% of all adjusted gross revenue from the exploitation of the Film and its related rights in perpetuity from each SPV.??????????

3

[this does not compute...why not make the deals for ownership 50-50% across the board...and they WCM can own equity in GPX Canada to get their additional equity...????????????????? ????????????

# Funding Breakdown

## $ 25,000,000

| | | | |
|---|---|---|---|
| 40% | $10mm bridge loan required | (Tax Credits | (@ 8% coupon) |
| 30% | $7.5mm bridge loan required | (Pre-Sales | (@ 8% coupon) |
| 30% | $7.5mm equity required paying a 15% coupon for broker services. | | |

### Domestic Recoupment Waterfall

| Domestic Receipts |
|---|
| (Studio Distribution Fees & Costs) |
| ( P&A Recoupment ) |
| (Negative Cost Recoupment) <br><br> (Coupon: 15% on Equity, 8% on Tax Credits & Pre-Sales Cash Flow Advances) |
| (Profit Distribution) <br><br> • 30% film rights available for $ 7.5 mm equity investment. <br><br><br> • 70% GigPix Canada Inc???????????? |

4

In consideration of GPC's efforts in securing worldwide distribution, development of the intellectual property (script and basic art design), producing services, and oversight, Giga Pix Studios, Inc (Canada) will receive 50% % royalty of adjusted gross revenues from all sources including but not limited to, theatrical box office, home video, and ancillary after WCM has recouped its production loan and the interest accrued according to (a) above.

In addition, WCM shall have the exclusive right to finance any and all sequels, prequels or spin-offs to the Film under similar terms subject to performances clauses..

WCM and GPC shall retain industry standard Producer and Executive Producer fees and credits on each film.

### Conditions Precedent to WCM providing or arranging for the Funding of Production loans or equity.

1. All rights received by WCM from GPX are subject to WCM performing as per specific guidelines outlined by GPX. Non performance on the part of WCM will result in WCM forfeiting all IP rights.

2. GPC shall establish a Greenlight Committee to evaluate and present to WCM each animated feature. The committee shall consist of five (5) members, two GPC representatives, David Pritchard and other representative TBD, along with three (3) representatives from WCM.

3. WCM's commitment to fund the Film is conditioned upon GPC providing the following (all of which are subject to the mutual approval of the Parties):

    - Delivery to WCM of a production budget, cash flow and production schedule for the Film;
    - Delivery to WCM of a shooting script for the Film ;
    - Delivery to WCM of key talent agreements, if such talent is a Material Element pursuant to the completion bond or distribution agreement, for the Film
    - Delivery to WCM of commitment to provide standard insurance coverage including Errors and Omissions coverage for the Film and naming of WMC and ProdCo an additionally insured;
    - Delivery to WCM knowledge of the chain of title for the Film.
    - Delivery to WCM of commitment to provide a completion guarantee (the "Completion Guarantee") in favor of the equity investors or the lenders from an acceptable completion bonding company or other entity approved by WCM (it being understood that Film Finances is pre-approved by WCM) for the Film.

- Delivery of a worldwide distribution agreement for each film including a Prints and Advertising commitment for North American theatrical distribution from a North American distribution studio or private entity agreed to by the parties under industry standard terms; and an international distribution agreement or bankable sales estimates from an international pre-approved sales agency (Fox, Universal, Vivendi, Overture, MGM, and The Weinstein Company are deemed pre-approved)
- Delivery of a Licensing and Merchandising agreement and plan provided by a L&M company.
- Execution of documents necessary for facilities and transactions of this type, which shall be mutually acceptable to WCM and its counsel and Giga Pix Studios, Inc (Canada) and its counsel.

**Funding Mechanism.** The Production Loan shall be deposited in a Canadian bank account subject to the joint signature of WCM and GPC (the "Funding Account"). Funds shall be disbursed pursuant to a pre-approved drawdown schedule submitted by GPC. WCM understands that GPC shall be entitled to recoupment of all development and pre-production expenses relating to the Film development and that an initial draw shall be due and payable to GPC for completion of certain approved pre-production and development costs which will be paid simultaneous to meeting all conditions precedent in outlined in paragraph 5 above.

**Distribution.** GPC shall arrange for worldwide distribution of the Film through distribution agreements with studio or independent distributors and international sales agents/distribution agreements that are subject to approval of WCM.

**Marketing.** The Film shall be marketed and distributed in a manner consistent with other similar CG animated studio films.

**Film Requirements.** The Film shall receive an MPAA rating no more restrictive than "PG", shall be of theatrical film quality and shall be at least 85 minutes in length.

**Consultation Rights.** GPC and WCM shall have approval rights regarding the key creative crew for below the line positions and department heads for the Film. Such rights must be exercised so as not to interfere with the development, production or post-production process and GPC shall have the right of final approval for all such matters. The parties agree that all films shall be produced in Ontario at facilities selected by WCM but approved by GPC and the completion guarantor.

**Production.** The films will be produced entirely in Ontario, Canada, including all pre-production, animation production, and post-production.

**Closing Comments**

The parties intend to enter into and execute a long form binding and definitive agreement that will embody these terms plus others customary for agreements of this nature. The parties agree to work quickly and diligently to complete this long form binding agreement within Sixty [60] days of signing this agreement. Failure to complete a definitive agreement within the 60 day period will cause this LOU to become null and void. The Parties agree to maintain the utmost confidentiality in this matter and agree to only make joint written announcements or disclosures approved in writing by the Parties.

**Agreed & Accepted:**

_____
**Wesley Clover Media Corporation**
Date:_____


**Agreed & Accepted:**

_____
**GigaPix Studios, Inc (Canada)**

Date:_____


**Agreed & Accepted:**

_____
**Giga Pix Studios, Inc USA**

Date:_____

# About Us

Wesley Clover has an enviable track record as an investment management firm and holding company…

Overview (http://www.wesleyclover.com/)

Technology (http://www.wesleyclover.com/technology/)

Real Estate (http://www.wesleyclover.com/real-estate/)

Philanthropy (http://www.wesleyclover.com/philanthropy/)

# History

Terry Matthews has been actively involved in the telecommunications industry for more than 40 years now. In 1972, Terry partnered with BNR colleague Michael Cowpland and founded Mitel Corporation. Wesley Clover was the holding company put in place to facilitate this initial venture. With a $4,000 loan, Mitel successfully developed and produced tone receiver technology that was used in the telecom industry transition from rotary-dial telephones to touch-tone phones. By 1975 the company had developed the first microprocessor controlled, software-driven, private automatic branch exchange (PABX) telephone system, enabling the company to continue its success on a much greater scale.

The company grew and evolved and continues to this day. Mitel is now a publicly-traded global leader in the business communications systems and software marketplace, with more than $1.0 billion in annual revenues. The semiconductor division continues to operate today as Microsemi Corporation, formerly Zarlink Semiconductor Inc.

In 1986, Terry went on to found Newbridge Networks Corporation, with a personal investment of $13.0 million. A small group of seed investors were invited to participate in the funding of Newbridge in 1987. That company grew organically, from no revenues in 1986, to $64.0 million in annual revenue at the time of its 1989 initial public offering. With Terry as the Chairman and CEO, Newbridge continued to grow into a global leader in the data networking industry. By 2000, the company employed more than 6,500 people worldwide and had annual revenues of $2.0 billion. Shortly afterward, Newbridge was sold to Alcatel for $10.32 billion.

Along the way, Wesley Clover has developed the Affiliate Model of further investing, leveraging its larger portfolio companies and strategic partnerships to identify and gain early insight into emerging opportunities in the ICT industry, and to act upon those opportunities. The first Affiliate Model was introduced at Mitel Corporation in 1982, with the formation of Mitel Datacom Inc. With an initial investment of under $200,000, Mitel Datacom developed the first equal access dialer. Within three years, the company's revenues grew to more than $30.0 million, and reached $77.0 million by 2000, with gross profits of approximately 70%.

Trillium Telephone Systems Inc., another Mitel affiliate, was launched in 1983 with an initial investment of $13.0 million. By 1989 Trillium had achieved annual revenues of more than $65.0 million. These two investments set the stage for Wesley Clover to deploy its Affiliate investing model more fully after the formation of Newbridge.

The formal Newbridge Affiliate Program started with a $1.5 million investment in Crosskeys Systems Corporation, which yielded proceeds of $49.8 million over time. Success was repeated with investments in Northchurch Communications Inc., FastLane Technologies, Inc., Cambrian Systems Corporation and Ubiquity Software Corporation, with each company selling for $595.0 million, $149.0 million, $448.0 million and $169.0 million respectively.

These companies all benefited tremendously from Terry's direct involvement. As an early and often key investor, he was instrumental in identifying and selecting specific product investment opportunities, structuring the technical and business teams, and developing the companies' strategic and go-to-market plans.

Between 1994 and 2000, Terry invested $55.5 million in a portfolio of 26 companies through Celtic House, his personal, wholly-owned investment vehicle. Notable investments include Abatis Systems Corporation, Extreme Packet Devices, Inc. and Bookham Technologies Ltd. This Celtic House investment portfolio generated returns on those investments (ROI) of more than nine times.

During this period, Terry played an integral role in identifying, selecting, structuring and developing the investment opportunities, often serving as Chairman of the Board of Directors for these portfolio companies. In 2002, the investment team that had been hired by Terry into Celtic House chose to spin out on their own and form Celtic House Venture Partners ("CHVP"). CHVP became an independent fund that was not related to that of the original Celtic House. Terry continued as a limited partner in the newly established CHVP, but he did not manage the new CHVP investments directly, and 2006, he divested himself of his interests in CHVP.

In 1980, Terry began to diversify his investments outside of the ICT sector. His initial step was the purchase of the Celtic Manor in the United Kingdom. Since he took ownership, the simple hotel has grown to become a major, award winning European resort, golf and business conference center. For example, the 2010 Ryder Cup Golf Tournament was hosted at the Resort.

In 1986, the five-star Brookstreet Hotel and the Marshes Golf Club were opened in Ottawa, Canada. Further diversification came with the establishment of the Kanata Research Park in Ottawa that same year. This facilitated the purchase of more than 500 acres of land and the development over time of Class A office accommodation with a total capacity of nearly 4,000,000 square feet. More than half that capacity is already in use today.

Terry began to use Wesley Clover as a direct investment vehicle in 2000, and since 2002, the firm has operated as an investment management and holding company, focusing primarily on early-stage investments in the ICT sector. Wesley Clover has developed into a world-class investment firm with a team of more than 30 seasoned professionals and support staff.

More of the Story (http://www.wesleyclover.com/about-us/history/)

Track Record (http://www.wesleyclover.com/about-us/track-record/)

### NORTH AMERICA

Wesley Clover International
390 March Road, Suite 110
Ottawa Ontario K2K 0G7
Tel : +1 613 271 6305
Fax : +1 613 271 9810

US Office
3800 Concorde Parkway
Suite 1500
Chantilly, VA 20151
Tel: +1 703 318 4355

### EMEA

Wesley Clover International
The Manor House
Newport, South Wales
United Kingdom NP18 1HQ
Tel : +44 1633 410383
Fax : +44 1633 410384

© 2014. Wesley Clover International Corporation. All rights reserved. Terms and Conditions (/terms-and-conditions)
A Marvel & Snap (http://www.marvelandsnap.com) Creation.



Case 2:14-cr-00282-R   Document 175-9   Filed 11/06/14   Page 13 of 17   Page ID #:1963



Shawn Walker
Business Development
swalker@gigapixstudios.com
818.592.0755 x185

# GIGAPIX STUDIOS CANADA

Company Brief on Canadian Potentials







## GigaPix Studios Canada Overview

- GigaPix Studios will create a Canadian company, GigaPix Studios Canada ("GPC"), to facilitate and manage its digital production resources, with an emphasis on CGI animation. Other services may include, but not be limited to, digital post production services, live action film and television production, new media, video games, and television production.
- GigaPix Studios Canada will be a distinct entity separate from GigaPix Studios, Inc. This will include separate stakeholders in the Canadian entity, from private equity investors in GPC, to separate management and advisors.
- For each production, GPC will create separate and project specific legal entities to facilitate production financing and accommodate equity participants in the production. GPC will serve as the managing member of each entity and will serve as the intellectual property rights holder for each production inclusive of all revenue streams from exploitation of the properties across multi-platforms with GigaPix Studios, Inc. receiving royalties and production fees for its participation in each production.
- Because GigaPix Studios Canada will own the copyrights for the feature films it produces, most of the revenues from theatres, television, home video, and licensing will flow back to GPC, subject to the terms of the distribution agreement to be entered into with a major distribution partner and its other strategic partners. By owning copyrights, GPC captures long-term value in intellectual property ownership, instead of simply adding value with production services.

## OZ3D – CGI Animated Feature

- GigaPix Studios is currently in development of an animated feature based on the public domain property, L. Frank Baum's book, THE WONDERFUL WIZARD OF OZ.
- The newly formed GigaPix Studios Canada will become the rights holder on the film and facilitate animation production in Canada with a Canadian based Animation Producer.
- GigaPix Studios Canada has begun discussions with Canadian animation production entities to form strategic alliances, as GPC plans to roll out three (3) theatrical animated productions over the next five years, with potential for lower budget direct-to-video sequels as well.

The following is a summary of the production plan and financing summary on the film, along with a sample financial projection on the performance of the film:



# OZ3D Production and Financing Summary

| Terms | Description |
|---|---|
| The Film | - Stereoscopic CGI animated version of THE WIZARD OF OZ<br>- Contemporary version with humor, heart, and accessible to modern audience<br>- The film will be rated G or PG by the MPAA |
| Budget | - $20mm Total Budget<br>- $15mm production / $3mm financing costs / $2mm executive producer fees |
| Investors | - 50% Private Equity - $10mm Investor Contribution<br>- 40% Tax Credits & Pre-Sales – Cash Flow from Investor with 8% coupon<br>- 10% GigaPix Studios |
| Production Timing | - 4th Quarter of 2008 – Development Period (Script, Visual Development)<br>- 2009 – Casting, Voice Records, Story Layout, Animation<br>- 2010 – Animation, Post |
| Production Plan | - Development, pre-production, voice record in the US<br>- Animation and post in Canada |
| Tax Credits | - Canadian tax credits for animation production in Quebec can reach up to 53% on labor costs<br>- Investors have the option to fund/advance cash against the credits |
| GigaPix Contributions | - Major elements of the film, including:<br>  a. An approved final script with all rights and chain of title secured<br>  b. A film director attached<br>  c. A principal cast interested and awaiting final offers<br>- Company to oversee & physically attend to the process of the film, including but not limited to: script development, production execution, and marketing & distribution management.<br>- Company to provide a completion bond, production insurance including E&O and Contingency to secure the film's budget.<br>- Contribution of approx. $2mm in development and pre-production costs (Investors have the option to repay/buyout this amount plus 2% interest) |
| Releasing | - Studio Partner guarantee of P&A and theatrical release (700-2000+ screens)<br>- 1st or 2nd Quarter of 2011 Theatrical release |
| Revenues | From its Studio Partner and Foreign Distributor, the Producers receive from the following Domestic and International media (less any 'excluded territories'):<br>- Theatrical<br>- Home Video (receipts contributed at source, not solely as royalty)<br>- Pay TV and Pay Per View<br>- Free TV (Network & Syndication)<br>- Non-Theatrical |
| Recoupment Waterfall | - Recouped off the top:<br>  1) All Canadian tax credits and other production incentives<br>  2) Pre-Sale Advances<br>  3) Sponsor and Promotion Tie-Ins<br>  4) Licensing and Merchandising Advances<br>Net Profits are defined as revenues from all sources (Theatrical, Home Video, Pay TV, Pay-Per-View, Free TV, Non-Theatrical) less:<br>  1. Studio Partner Distribution Fee<br>  2. P&A recoupment including interest<br>  3. Negative cost recoupment by Investors, and GigaPix, according to contribution including interest<br>  4. Net Profits are split 50-50 (pari passu), with Investors and GigaPix. |



## OZ3D Projections

| | | ULTIMATE PROJECTIONS | | | |
|---|---|---|---|---|---|
| CASE: | | LO | MID | HI | HIT |
| ASSUMPTIONS: | | | | | |
| Domestic Box Office, Gross | | 20,000,000 | 40,000,000 | 60,000,000 | 100,000,000 |
| Exhibitor Share | | 50% | 50% | 50% | 50% |
| WW Home Video/DVD Units | | 2,500,000 | 3,000,000 | 4,000,000 | 6,000,000 |
| Home Video Price per Unit, net | | 8.00 | 8.00 | 8.00 | 8.00 |
| Toy Sales | | 5,000,000 | 10,000,000 | 20,000,000 | 30,000,000 |
| Toy Royalty | | 7% | 7% | 7% | 7% |
| Licensing and Merchandising Sales | | 10,000,000 | 12,000,000 | 15,000,000 | 20,000,000 |
| Licensing and Merchandising Royalty | | 40% | 40% | 40% | 40% |
| | | | | | |
| REVENUES: | | | | | |
| Theatrical-Domestic | | 10,000,000 | 20,000,000 | 30,000,000 | 50,000,000 |
|     -International | | 11,000,000 | 22,000,000 | 33,000,000 | 55,000,000 |
| Home Video, WW | | 20,000,000 | 24,000,000 | 32,000,000 | 48,000,000 |
| Pay per View, net | | 2,500,000 | 2,500,000 | 3,500,000 | 5,000,000 |
| Pay Cable, net | | 3,000,000 | 5,000,000 | 6,000,000 | 10,000,000 |
| Basic Cable, net | | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| Television Syndication-Domestic | | 500,000 | 500,000 | 1,000,000 | 2,000,000 |
|     -International | | 500,000 | 500,000 | 500,000 | 500,000 |
| Toy Royalties | | 350,000 | 700,000 | 1,400,000 | 2,100,000 |
| Licensing and Merchandising | | 3,000,000 | 3,600,000 | 4,500,000 | 6,000,000 |
| Internet/Interactive | | 500,000 | 750,000 | 1,000,000 | 1,000,000 |
| Other, including Music | | 2,000,000 | 3,000,000 | 4,000,000 | 6,000,000 |
| **TOTAL REVENUES** | | 54,350,000 | 83,550,000 | 117,900,000 | 186,600,000 |
| | | | | | |
| EXPENSES: | | | | | |
| Prints & Ads | | 15,000,000 | 15,000,000 | 25,000,000 | 35,000,000 |
| Other Dist Exp | | 1,000,000 | 1,000,000 | 1,000,000 | 1,500,000 |
| 3rd Party Distribution Fees | | 750,000 | 1,000,000 | 1,250,000 | 1,750,000 |
| Residuals | | 2,174,000 | 3,342,000 | 4,716,000 | 7,464,000 |
| Direct Negative | | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 |
| Interest | | 1,600,000 | 1,600,000 | 1,600,000 | 1,600,000 |
| **TOTAL EXPENSES** | | 40,524,000 | 41,942,000 | 53,566,000 | 67,314,000 |
| | | | | | |
| **GROSS PROFIT BEFORE PARTICIPATIONS** | | 13,826,000 | 41,608,000 | 64,334,000 | 119,286,000 |



## Canadian Resources / Opportunities / Impact

- Digital production resources and a talented and experienced labor force exist in the Canadian provinces of Quebec, Ontario, and British Columbia. Each province is actively engaged in feature animation production, and Quebec has become a hub for video game production.
- Financial factors include:
    - Exchange rate between Canadian and US dollar
    - Labor costs
    - Tax Credits from provincial and federal governments

**CANADIAN IMPACT**

With intellectual property development across all platforms (film, tv, internet, video games, publishing), GigaPix Studios has a large arsenal of content that can supply GPC. To highlight the impact:

- Digital Feature Animation Production
    - Current plan is for one theatrical feature every 18 months at this level, with home video sequels at a smaller budget scale following the major releases
    - Theatrical Feature: $20mm total budget with approx. $12mm in Canadian spending over 12-16 months. Crew impact: 50-100 people
    - Home Video Feature: $5mm total budget with approx. $4mm in Canadian spending over 12 months. Crew impact: 30-50 people
    - 10 year projection: 5 theatrical features, 5 home video features, representing approximately $80mm in spending

- Live Action Television and Feature Production
    - Current plans could provide for up to two films fully produced in Canada per year. Television production could be movies for television and mini-series.
    - Feature budgets would range from $10mm-$50mm in spending. Crew impact: 125-200 people per film. Television budgets would be in the $7-10mm range.
    - Other films and television produced outside of Canada could use digital facilities for post production and visual effects.(ie. GigaPix China slate could have visual effects done in Canada)
    - 10 year projection: 20+ films representing approximately $250mm+ in spending, 5 television productions representing approximately $40mm in spending.

In summary, GigaPix Studios Canada has the potential to generate $400+mm in production spending over the next 10 years, with upwards of 5000+ crew positions and jobs needed to sustain the productions.