# Potential Board of Directors

# EXHIBIT 457

# POTENTIAL BOARD MEMBERS WHO HAVE AGREED

## Thomas Conigliaro - Chairman of the Board

Thomas Conigliaro was a managing director of the Equity Products Group in New York. He was primarily focused on building and developing global soft dollar, directed brokerage, and other third party clearing arrangements across GS and SLK. Tom started working for Goldman Sachs in 2003 to manage and lead this effort. Tom recently retired from Goldman Sachs to become a full time entertainment executive.

In the last three years he has successfully financed and produced the following feature films: *Loving the Bad Man, Salvation Boulevard* and *Samuel Bleak*. He is currently in post-production on the film *Remnants* (starring Edward Furlong and William Baldwin). He is also in pre-production on the film *Heartbreak Hill*.

Prior to joining Goldman Sachs, Tom was employed by Merrill Lynch for 16 years where he was involved in derivative sales, equity sales trading and most recently headed the global soft dollar and directed commission businesses.

Tom earned his undergraduate degree from Widener University in 1985m an M.B.A. from the University of South Florida in 1986 and was designated with the Chartered Financial Award (C.F.A.) in 1994.

## Jim Cardwell – Board Member



A 20-year Warner Home Video veteran, Cardwell served as Executive Vice President, North America/Australia, with responsibility for the division's operations in the United States, Canada, Australia, New Zealand and Mexico. He joined the division in 1983 as Director, Planning & Administration and was subsequently promoted to Vice President, Worldwide Operations and then Executive Vice President, North America. Cardwell came to Warner's in 1977 working in the audit department at Warner Communications in London. He relocated to the U.S. in 1979 as Warner Communications' Corporate Audit Manager. Prior to that, he worked at the accounting firm Coopers & Lybrand in the U.K. and East Africa. Jim served as the President, from 2002-2005, of Warner Home Video ("WHV"), the world's largest home video releasing company (a $5.5 billion global operation with 1,700 employees and 25 subsidiaries). During his tenure as president of WHV, Cardwell created two new divisions (TV-on-DVD and special interest), which contributed $1.5 billion in annual sales in less than three years. Cardwell ensured that WHV's revenue stream and profitability significantly increased each year during his tenure as president of WHV and WHV maintained a

market leadership in the home entertainment industry. He was instrumental in paving the way for WHV's strategic positioning in emerging technologies such as High Definition DVD, electronic sell-though and portable video.

Cardwell holds a master's degree in economics from the University of Manchester and is a member of the Institute of Chartered Accountants in England and Wales. Leveraging on his formidable industry experience and expertise, Cardwell has since his departure from Warner Bros. expanded his industry experience and expertise to the content production end of the entertainment industry with a special focus on strategic financing and new business development for projects, and is currently the CEO and Chairman of Ryan Wiik's production company WR Films Entertainment Group.

Prior to joining the WR Films management team, he executive produced the motion pictures titled *Bienvenue Cannes,* through his production company TRMC, as well as produced *The Final Season*.

## Gilbert Dumontet – Board Member



Concurrently serving both as Senior Vice-President of Production for SONY's Screen Gems division and for the SONY Home Entertainment Group, Dumontet was responsible for the development and production of over 70 films with budgets ranging from $3 million to $40 million and encompassing all genres.

In both divisions Dumontet was responsible for identifying and creating branded product for new, emerging and niche markets and for structuring financing and production so as to navigate and take maximum advantage of domestic and international production and tax incentives.

Prior thereto he headed North American operations for French pay-cable giant Canal+, managing all U.S. operations for the film division StudioCanal+, as well as overseeing the company's investments in New Regency and Carolco Pictures.

He holds a J.D. from Columbia University and a B.A. in Economics from Yale. After Law School he practiced international corporate and securities law at Coudert Brothers in New York, specializing in complex international transactions as well as mergers and acquisitions and positioning companies for IPOs.

He was recruited by HBO as Assistant General and Senior Production/Distribution Counsel in charge of taking Tristar public and working on the Delphi film financings.

Dumontet has independently produced a number of films, including *The Novice, Conspiracy, The Shepherd* and *Tortilla Heaven*. He is currently in post-production on the remake of Sam Peckinpah's *Strawdogs* for Screen Gems. Under his banner Lynx Filmworks, Dumontet is actively developing projects for family audiences, for the Latino and bi-lingual markets and for the growing faith-based market and is in pre-production on *The Resurrection*.

He holds U.S., French and Canadian nationalities.

## Patrick Murray – Board Member



Patrick Murray has over 25 years of experience in the entertainment and financial services industries, specializing in finance, business affairs and operations for film, television, animation and technology companies. He has been a senior finance and operations executive for a variety of entertainment companies, including Home Box Office, IMAX Corporation, Avenue Pictures, Trans Pacific Films and InterMedia.

Murray began his career at HBO, eventually becoming Vice President, Finance and Asst. Controller for all West Coast operations. He was responsible for finance and administration for original programming, including series, mini-series and made-for-cable movies, and affiliate relations activities. Murray subsequently moved into feature films, becoming CFO and COO of Avenue Pictures and later Trans Pacific Films, where he was responsible for finance, business affairs, physical production, marketing and distribution of independent features. Murray then moved into the financial services field, becoming Managing Director of InterMedia/Film Equities, Inc., a boutique investment banking and consulting firm located in Beverly Hills, CA. While at InterMedia/Film Equities, he was approached by IMAX Corporation to help expand and diversify its film production, marketing and distribution operations. At IMAX as head of film operations, he oversaw the development, production, marketing and distribution of some of the most successful large format releases ever.

In 2003, Murray became an independent consultant, and concurrently established Ensemble Development in partnership with producer Tony To. Ensemble is involved in television, feature film and new media development and production, as well as development of large film production facilities in the UK, Thailand, and Hungary. In his private practice, he specializes in business development and capitalization strategies for entertainment companies, and in organizing financing for feature film and television production, with particular expertise in maximizing the contribution of production incentive programs around the world.

Murray has a BA, MA and MBA, all from UCLA.

## Arnie Staloff – Board Member



Arnold Staloff is an Independent Director of four U.S. registered Chinese Corporations as well as an Independent Director of a non-public movie production company. Mr. Staloff was previously the President and Chief Executive Officer of Bloom Staloff Corporation, a Philadelphia based equity and options market making firm and foreign currency options floor broker. Prior to Bloom Staloff Corporation, he was the President and Chief Executive Officer of Commodity Exchange (COMEX). Mr. Staloff has also served at Philadelphia Stock Exchange, where he was responsible for the creation of options on foreign currencies and Cash Index Participations (CIPS), which was the precursor to "Spyders". He also helped to develop the exchange's computerized trading system and equity options program. Mr. Staloff began his career at the Securities and Exchange Commission in Washington, D.C. He is also serves as the Chairman of Arnold Staloff, LLC.

## Kerry Brooks – Board Member

Kerry has over 30 years of U.S. and international experience managing small, medium, and large businesses. He has been successful in building profitable businesses for Procter & Gamble, Coca-Cola & Citi Bank in North America and Asia Pacific. Kerry has held a wide variety of leadership positions in large corporations and in entrepreneurial roles as Chairman, CEO, General Manager, Managing Director, and Marketing Head. He is classically trained in Brand Management but is well known as a re-engineer and restructuring leader of businesses. In one of his leadership positions Kerry managed a portfolio of over $8 billion in assets while growing the profitability of his business by three fold in a 2 year period. He has led many teams in significant negotiations with key worldwide customers, partners, and suppliers (McDonald's, Nestle, Danone, Disney, Wal-Mart, CVS, Walgreens, Costco, Cargill, Alcoa, Bacardi, Publicis Groupe, and Target). Kerry has leveraged his extensive consumer research experience to facilitate the identification of key consumer insights which have led to business growth platforms and step changes in the businesses he's managed.

He has also held several positions in investment groups including; President of Houston Angel Network and Co-Founder of The Eyes of Texas Partners. He has served as an Adjunct Professor at Jones Graduate School at Rice University where he taught Marketing, Advertising, Career Management and Business Management. He has guest lectured on General Management, Partnership Development, Business Turnarounds, Marketing, Leadership, Strategy, Commercialization, Capital Formation, Restructuring, Consumer Research and Career Management.

Kerry holds a Bachelor of Science degree in Marketing from Fairfield University and a MBA from Bryant University with a concentration in Marketing. Kerry achieved All ECAC hockey honors for two years and won the top student athlete award from Fairfield University where he was Captain of his hockey team. Kerry has been married to Judy Brooks for 20 years. Judy is a critical care nurse at St. Luke's Hospital in Houston, Texas.